IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUAN CENTENO-MARTINEZ | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-3593 |
| | : | |
| J.L. JAMISON, et al. | : | |

## **ORDER**

AND NOW, this 29th day of July, 2025, upon consideration of Juan Centeno-Martinez's

Petition for habeas corpus relief pursuant to 28 U.S.C. § 2241 (ECF No. 1), it is **ORDERED** that

the United States Attorney's Office for the Eastern District of Pennsylvania shall file a response

within 30 days of the date of this order.

BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez, J.