IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUAN CENTENO-MARTINEZ | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-3593 |
| | : | |
| J.L. JAMISON, et al. | : | |

## ORDER

AND NOW, this 2nd day of October, 2025, upon consideration of Petitioner Juan Centeno-Martinez's Petition for habeas corpus relief pursuant to 28 U.S.C. § 2241, Respondent's Response, and Petitioner's Reply, it is ORDERED a hearing will be held on the Petition on **Thursday, October 9, 2025, at 2 p.m** in Courtroom 17A.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.