IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUAN CENTENO-MARTINEZ | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-3593 |
| | : | |
| J.L. JAMISON, et al. | : | |

**ORDER**

AND NOW, this 12th day of November, 2025, upon consideration of Petitioner Juan Centeno-Martinez's Petition under 28 U.S.C. § 2241 (Dkt. No. 1), the Government's response, Centeno's reply, and following a hearing, it is **ORDERED**:

1. The Petition for a Writ of Habeas Corpus is **GRANTED**;

2. The Court will conduct an individualized bond hearing on **December 3, 2025, at 1:30 p.m. in Courtroom 14B**. The parties may present live testimony and documentary evidence, and the Petitioner shall be produced and provided an interpreter as needed.

3. At the hearing, the Government will bear the burden of demonstrating by clear and convincing evidence that the Petitioner's continued detention is necessary to prevent flight or danger to the community.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.