IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUAN CENTENO MARTINEZ | : | CIVIL ACTION |
| v. | : | |
| | : | No. 25-3593 |
| J.L. JAMISON, et al. | : | |
| *in his official capacity as Acting Assistant Field Office Director and Administrator of the Philadelphia Federal Detention Facility* | : : : | |

**O R D E R**

AND NOW, this 13th day of November, 2025, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Warden of Moshannon Valley Processing Center and the United States Marshal(s) for the Eastern District of Pennsylvania produce before this Court the body of **Juan Centeno Martinez #A044-610-727** on **December 3, 2025 at 1:30 P.M**. before the Honorable Juan R. Sánchez to appear for a **Bond Hearing** in the above-captioned matter, and that immediately upon termination of the said proceedings, he be delivered into the custody of the said superintendent of the said institution.

BY THE COURT:

/s/Juan R. Sánchez
Juan R. Sánchez, J.

cc: U.S. Marshal (2)

| 11/13/2025 | NED |
|---|---|
| DATE | By Whom |

Cr 2 (8/80)